IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MITSUNORI WINSTON MATSUUCHI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71973 |

FILED

JAN 1 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On December 14, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. Kathleen E. Delaney, District Judge
        Mitsunori Winston Matsuuchi
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-02054